# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA JOHNSON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DERRAL ADAMS, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-09261 VBF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 31, 2017

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE